O

1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | JASON GAILLIOT, | ) | Case No. EDCV 09-00383-VAP |
|---|---|---|---|
| 12 | Plaintiff, | ) (PLAx) ) |  |
| 13 | v. | ) ) | **JUDGMENT AS TO DEFENDANT JPMORGAN CHASE BANK, N.A.,** |
| 14 | SBMC MORTGAGE, et al. | ) ) | **FORMERLY KNOWN AS WASHINGTON MUTUAL BANK, F.A.** |
| 15 | Defendants. | ) ) |  |
| 16 | _____ | ) |  |

17 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18     Pursuant to the Order filed herewith, IT IS ORDERED
19 AND ADJUDGED that Plaintiff's Complaint against Defendant
20 JPMorgan Chase Bank, N.A., formerly known as Washington
21 Mutual Bank, F.A. ("Washington Mutual"), erroneously sued
22 as LaSalle Bank N.A. ("LaSalle Bank") as trustee for
23 Washington Mutual Pass-Through Certificates WMALT Series
24
25
26
27
28

2007-OCI Trust is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>August 12, 2009</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge