JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GAILLIOT,<br>    Plaintiff,<br>   v.<br>SBMC MORTGAGE, et al.,<br>    Defendants. | Case No. EDCV 09-383-VAP (PLAx)<br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants SBMC Mortgage and Christine Anderson is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 4, 2010

                                      VIRGINIA A. PHILLIPS
                                      United States District Judge